IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS, *ex rel.,* | § § § | |
| KATHERINE J. SIMMS, Relator, | § § § § | |
| V. | § § | A-10-CV-914-AWA |
| AUSTIN RADIOLOGICAL ASSOCIATION, Defendant. | § § § § | |

## ORDER

Before the Court is Defendant Austin Radiological Association's ("ARA") Unopposed Motion to Amend Scheduling Order Regarding Expert Deadlines (Dkt. No. 130), filed on January 3, 2014. In its motion, ARA requests the Court extend the deadline for its designation of testifying experts and service of materials required by FED. R. CIV. P. 26(a)(2)(B) from January 20, 2014, to February 3, 2014. Additionally, ARA notes that the parties conferred on this matter on January 2 and 3, 2014, and that Relator is unopposed to this extension.

As such, having considered ARA's motion, and noting that it is unopposed, the Court hereby **GRANTS** ARA's Motion to Amend Scheduling Order Regarding Expert Deadlines (Dkt. No. 130). Accordingly, the following paragraph, and all deadlines contained therein, shall replace Paragraph 3 of the Second Amended Scheduling Order (Dkt. No. 117):

"3.  All parties asserting claims for relief shall FILE their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **December 20, 2013**. Parties resisting claims for relief shall FILE their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P.

26(a)(2)(B) on or before **February 3, 2014**. All designations of rebuttal experts shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be SERVED, within 15 days of receipt of the report of the opposing expert."

All other aspects of the Second Amended Scheduling Order (Dkt. No. 117) shall remain in effect.

SIGNED this 6th day of January, 2014.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE