IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND § <br> STATE OF TEXAS, EX REL. § <br> KATHERINE J. SIMMS, § <br>                PLAINTIFF, § <br> § <br> V. § <br> § <br> AUSTIN RADIOLOGICAL § <br> ASSOCIATION, AND ARA/ST. DAVID'S § <br> IMAGING, L.P., § <br>                DEFENDANT. § | CAUSE NO. A-10-CV-914-LY |

## THIRD AMENDED SCHEDULING ORDER

**IT IS HEREBY ORDERED** that Paragraph 8 of this court's Second Amended Scheduling Order (Clerk's Doc. No. 117) is amended as follows:

    8.    This case is set for a final pretrial conference on **Thursday, June 12, 2014, at 9:30 a.m.** in chambers, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas. This case is set for jury trial on **Monday, June 16, 2014, at 9:00 a.m.** in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas. Parties shall file with the court an agreed jury charge **on or before June 5, 2014**. The parties should consult Local Rule CV-16(e) regarding all other matters to be filed in advance of trial.

    **IT IS FINALLY ORDERED** that in all other respects, this court's Second Amended Scheduling Order (Clerk's Doc. No. 117) remains in effect.

SIGNED this 2nd day of May, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE